

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00161-CV

| | | |
|---|---|---|
| Michael Reynolds | § | From the 342nd District Court |
| | § | of Tarrant County (342-271846-14) |
| v. | § | June 25, 2015 |
| SW McCart, L.L.C. | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Michael Reynolds shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
      Justice Anne Gardner